UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSEM HOSSEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERIFF'S POLICE DEPARTMENT, et al.,<br><br>        Defendants. | No.  2:23-cv-2002 KJN P<br><br>ORDER |

Plaintiff is a county jail inmate, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 28, 2023, plaintiff was ordered to file a complete request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On October 10, 2023, plaintiff filed another request, but again filed to have the certificate portion of the request completed by the Sacramento County Jail and did not provide a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Further, plaintiff stated that he received disability income over the last twelve months but failed to set forth the amount received.  (ECF No. 7 at 1-2.)  Also, plaintiff claims that he is able to pay the $402.00 filing fee but is unable to do so while he is held in the main jail.  (ECF No. 7 at 3.)

Therefore, plaintiff is provided another opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.  Plaintiff is advised that

this action cannot proceed until plaintiff either pays the court's filing fee or is granted leave to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, the $402.00 filing fee or a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  October 16, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hoss2002.3c.2