UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSEM HOSSEIN, | No. 2:23-cv-2002 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SHERIFF'S POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 16, 2023, plaintiff was ordered to file a complete request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, a certified trust account statement for the last six months or pay the court's $402.00 filing fee. On October 23, 2023, plaintiff filed a document in which he offered to pay $10.00 a month toward the court's filing fee while he is in jail, claiming to grant the court permission to have the payments taken from his inmate jail account. However, plaintiff is advised that he is only permitted to pay the filing fee in installments if he is granted leave to proceed in forma pauperis. Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee in full. In an abundance of caution, plaintiff is granted one final opportunity to file a request to proceed in forma pauperis, along with a certified copy of his inmate trust account for the last six months, or pay, in full, the court's $402.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an additional thirty days from the date of this order to submit the $402.00 filing fee or a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: October 30, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hoss2002.3c.3