1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ASSEM HOSSEIN,                              No.  2:23-cv-2002 KJN P

12                  Plaintiff,

13         v.                                     ORDER AND FINDINGS AND
                                                 RECOMMENDATIONS
14    SHERIFF'S POLICE DEPARTMENT, et
      al.,

15

16                  Defendants.

17

18         By order filed November 28, 2023, plaintiff's complaint was dismissed, and thirty days

19    leave to file an amended complaint was granted.  On January 3, 2024, plaintiff was granted an

20    additional thirty days in which to file an amended complaint.  That thirty day period has expired,

21    and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

22         Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

23    was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current

24    address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

25    the party is fully effective.

26         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

27    directed to assign a district judge to this case; and

28    ////

                                                 1

1    IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

2  110; Fed. R. Civ. P. 41(b).

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, plaintiff may file written objections

6  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

7  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

8  time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

9  Cir. 1991).

10  Dated:  February 7, 2024

11

12  /hoss2002.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2